UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.K., *et al.*,

                    Plaintiffs,

          -v.-

CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                    Defendant.

17 Civ. 6043 (KPF)

ORDER OF WITHDRAWAL

KATHERINE POLK FAILLA, District Judge:

This action was initially assigned to the Honorable Deborah A. Batts on August 10, 2017 (Dkt. #1). On April 27, 2018, Plaintiffs filed a motion for summary judgment (Dkt. #21), and Defendant followed with a cross-motion for summary judgment on June 8, 2018 (Dkt. #24). On November 14, 2019, Judge Batts referred both motions to Magistrate Judge Barbara C. Moses for a report and recommendation. (Dkt. #31). On February 20, 2020, this action was re-assigned to the undersigned. The Court hereby WITHDRAWS the referral to Judge Moses at docket entry 31.

          SO ORDERED.

Dated:    February 20, 2020
          New York, New York

_____
          KATHERINE POLK FAILLA
          United States District Judge