**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
S.K. individually and on behalf of SH.K a child
with a disability,

                Plaintiff,                17 **CIVIL** 6043 (KPF)

       -against-                    **JUDGMENT**

CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2020, Plaintiff's motion for summary judgment is denied and the DOE's motion for summary judgment is granted; Plaintiff's request for reimbursement of the cost of tuition for the 2016-2017 school year at Pathways, and for RSAs at Pathway, is denied; accordingly, this case is closed.

**Dated:** New York, New York
         March 17, 2020

                                                                        **RUBY J. KRAJICK**
                                                                   _____
                                                                      **Clerk of Court**
                                 **BY:**
                                                       _____
                                                                      **Deputy Clerk**